UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CATHERINE GALLO,**

    **Plaintiff,**

**v.**                                              Case No.  8:05-cv-242-T-30MAP

**UNUM LIFE INSURANCE COMPANY
OF AMERICA,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion for Summary Judgment and Incorporated Memorandum of Law (Dkt. #19) and the Declaration of Catherine Morrissette in support thereof (Dkt. #21).  Plaintiff filed a Response to Defendant's Motion for Summary Judgment (Dkt. # 31) and an Affidavit in Opposition to Defendant's Summary Judgment (Dkt. # 32).  Upon review and consideration, it is hereby

ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment (Dkt. #19) is DENIED for the reasons stated in open court on January 9, 2006.

**DONE** and **ORDERED** in Tampa, Florida on January 12, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-242.deny msj.frm