UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CATHERINE GALLO,**

    **Plaintiff,**

**v.**                                                     **Case No.  8:05-cv-242-T-30MAP**

**UNUM LIFE INSURANCE COMPANY
OF AMERICA,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion to Withdraw Exhaustion of Administrative Remedies Defense and for Remand for Consideration of Administrative Appeal and Incorporated Memorandum of Law (Dkt. #47) and Plaintiff's Response to Defendant's Motion to Withdraw Exhaustion of Administrative Remedies Defense and For Remand (Dkt. #49).  The Court, having considered the motion, memorandum, and being otherwise fully advised, finds that the motion should be granted.

The Court finds that Defendant has withdrawn its Fifteenth Affirmative Defense, concerning Plaintiff's failure to timely exhaust her administrative remedies under ERISA and the Policy.  Further, the Court finds that Defendant concedes that Plaintiff is entitled to an out-of-time administrative appeal with Defendant.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Withdraw Exhaustion of Administrative Remedies Defense and for Remand for Consideration of Administrative Appeal and Incorporated Memorandum of Law (Dkt. #47) is GRANTED.

2. Judgment is entered in favor of Plaintiff to the extent that Plaintiff is determined to have the right to an out-of-time appeal with Defendant.

3. This Court reserves jurisdiction to award attorneys fees and costs.

4. The Clerk is directed to terminate all pending motions and to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 23, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-242.remand.wpd